J. M. LANIER, *Appellant,* v. DELL H. HUCKEBY, ET AL., *Appellees.*

Division B.

Decision Filed November 24, 1926.

Petition for rehearing denied January 12, 1927.

An Appeal from the Circuit Court for Charlotte County; W. J. Barker, Judge.

*H. O. Brown,* for Appellant;

*S. F. J. Trabue,* for Appellees.

PER CURIAM.—The appeal in this case should be dismissed because the rules of the Court governing the making up of the transcript of record and certifying thereof by the Clerk of the Circuit Court have not been complied with, and it is so ordered.

Dismissed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.